UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO SCOTT,<br><br>                Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                Defendants. | 11-CV-04638 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is respectfully directed to close dkt. no. 21 in 11-CV-04638 because it is moot based on dkt. no. 155 in 08-CR-360.

**SO ORDERED.**

Dated:    New York, New York
            April 8, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge